■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CADIEN MORRISON, Appellant. — Appeal from a judgment of the County Court of Chemung County (Monroe, J.), rendered April 29, 1983, convicting defendant upon his plea of guilty of the crime of attempted promoting prison contraband in the first degree. ¶ Judgment affirmed (see *People v Collins,* 60 NY2d 214; *People v Tas,* 51 NY2d 915). Mahoney, P. J., Kane, Main, Yesawich, Jr., and Harvey, JJ., concur.